United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 18-11359-MB
Larissa Kirakosian                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1         User: admin              Page 1 of 1         Date Rcvd: Jun 18, 2018
                             Form ID: odspb           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db             +Larissa Kirakosian,    17966 Valley Vista,    Encino, CA 91316-4219
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             +Deutsche Bank National Trust Company, as trustee,,    The Wolf Firm,    2955 Main Street,
                 Second Floor,    Irvine, CA 92614-2528
38543857       +NOTE SERVICING CENTER INC,    3275 E ROBERTSON BLVD #B,    CHOWCHILLA CA 93610-7405
38543855       +SEARS CITI CREDIT,    POB 20348,    ATLANTA GA 30325-0348
38543856       +USAA LOAN FEDERAL SAVINGS BANK,    10750 MC DERMOTT FRW,    SAN ANTONIO TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Jun 19 2018 07:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jun 19 2018 07:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
intp            Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
```
              Daniel K Fujimoto    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates
               Series 2007-2 wdk@wolffirm.com
              Edward A Treder    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               nlee@ecf.courtdrive.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

Form odspb–odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Larissa Kirakosian

**BANKRUPTCY NO.** 1:18–bk–11359–MB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4550
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/18/18

**Address:**
17966 Valley Vista
Encino, CA 91316

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 18, 2018

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb–odspab/autodismi Rev. 06/2017

**12 / AUT**