FILED & ENTERED

JUN 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LARISSA KIRAKOSSIAN,<br><br>Debtor. | Case No.: 1:18-bk-11359-MB<br><br>Chapter 13<br><br>**ORDER GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL [DKT. 13]**<br><br>[No hearing required pursuant to LBR 1007-1(b) & 9013-1(p)] |

**ORDER VACATING DISMISSAL**

On May 29, 2018, Larissa Kirakossian, debtor in pro per (the "Debtor"), filed a chapter 13 petition initiating this case. On June 13, 2018, Debtor filed schedules and other case commencement documents, one day after the deadline to do so. Accordingly, the case was dismissed on June 18, 2018. Dkt. 12. On June 19, 2018, Debtor filed an *Ex Parte Motion to Vacate Dismissal* (the "Motion"). Dkt. 13. The Court having considered the Motion, having noted that no order has previously been entered on the Motion, having reviewed the record, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.
2. The dismissal order entered on June 18, 2018, Dkt. 12, is HEREBY VACATED.

###

Date: June 22, 2018

Martin R Barash
United States Bankruptcy Judge

1
**ORDER VACATING DISMISSAL**