Form r341x–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## RENOTICE 341 MEETING AND CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Larissa Kirakosian

**BANKRUPTCY NO.** 1:18–bk–11359–MB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–4550
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** N/A

**Address:**
17966 Valley Vista
Encino, CA 91316

**DEBTOR'S ATTORNEY:**
Larissa Kirakosian
17966 Valley Vista
Encino, CA 91316

818–200–7550

**TRUSTEE:**
Elizabeth (SV) F Rojas (TR)
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403

818–933–5700

Please take notice that the 341 meeting date has been reset for:

**Date:** July 25, 2018          **Time:** 09:30 AM
**Location:** 21041 Burbank Blvd., #100, Woodland Hills, CA 91367–6003

The confirmation hearing has been reset for:

**Date:** September 6, 2018          **Time:** 10:00 AM
**Location:** 21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367

Dated: June 22, 2018

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341x–r341 VAN–02) Rev. 05/2010

**19 / KO**