United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-11359-MB
Larissa Kirakosian                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1           User: admin              Page 1 of 1              Date Rcvd: Jun 22, 2018
                               Form ID: pdf042          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db              +Larissa Kirakosian,    17966 Valley Vista,    Encino, CA 91316-4219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
          Daniel K Fujimoto    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
           behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates
           Series 2007-2 wdk@wolffirm.com
          Edward A Treder    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
          Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
          Kristin A Zilberstein    on behalf of Interested Party    The Law Offices of Michelle Ghidotti
           ecfnotifications@ghidottilaw.com
          Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
           nlee@ecf.courtdrive.com
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                  TOTAL: 6

FILED & ENTERED

JUN 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier      DEPUTY CLERK

1

2

3

4

5

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10           **SAN FERNANDO VALLEY DIVISION**

11

12   In re:                                    Case No.: 1:18-bk-11359-MB

13   LARISSA KIRAKOSSIAN,                       Chapter 13

14            Debtor.                           **ORDER GRANTING DEBTOR'S**
                                                **MOTION TO VACATE DISMISSAL**
15                                              **[DKT. 13]**

16
                                                [No hearing required pursuant to LBR 1007-
17                                              1(b) & 9013-1(p)]

18

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
                    **ORDER VACATING DISMISSAL**

1    On May 29, 2018, Larissa Kirakossian, debtor in pro per (the "Debtor"), filed a chapter 13

2  petition initiating this case.  On June 13, 2018, Debtor filed schedules and other case

3  commencement documents, one day after the deadline to do so.  Accordingly, the case was

4  dismissed on June 18, 2018.  Dkt. 12.  On June 19, 2018, Debtor filed an *Ex Parte Motion to*

5  *Vacate Dismissal* (the "Motion").  Dkt. 13.  The Court having considered the Motion, having noted

6  that no order has previously been entered on the Motion, having reviewed the record, and good

7  cause appearing, **IT IS HEREBY ORDERED THAT:**

8    1.    The Motion is GRANTED.

9    2.    The dismissal order entered on June 18, 2018, Dkt. 12, is HEREBY VACATED.

10    ###

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: June 22, 2018

Martin R. Barash
United States Bankruptcy Judge

24

25

26

27

28

1
**ORDER VACATING DISMISSAL**