Kristin Zilberstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA  92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Movant
Aran Investments Inc.,
Its successors and assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  1:18-bk-11359-MB |
| LARISSA KIRAKOSIAN | CHAPTER 13 |
| Debtor. | **DECLARATION OF JENNIFER R. BERGH IN SUPPORT OF RELIEF FROM THE AUTOMATIC STAY; OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY** |
| | DATE: July 18, 2018 |
| | TIME: 10:00 a.m. |
| | CTRM: 303 |
| | Location: U.S Bankruptcy court |
| | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |
| | Honorable Martin R. Barash |

I, Jennifer R. Bergh, hereby declare as follows:

1. I am employed by The Law Offices of Michelle Ghidotti ("**LOMG**") counsel of record for Aran Investments Inc., ("**Movant**") as an Attorney in the Bankruptcy Department.  I

1

1  have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify hereto. I am over 18 years of age.

2. On June 25, 2018, I reviewed the Notary completed by Vardan Grigoryan in connection to a Deed of Trust and Assignment of Rents, dated November 1, 2017, and recorded on June 14, 2018 (the "**Deed**").

3. On June 25, 2018, I looked up Vardan Grigoryan on the California Secretary of State website and found that Vardan Grigoryan was not an active Notary.

4. I asked Andrea Edmiston, our Accounting Manager and Notary to review the status of Vardan Grigoryan further.

5. On June 25, 2018, she called the California Secretary of State, and spoke to a woman named Lisa. Lisa informed her that Vardan Grigoryan's notary commission was revoked on May 15, 2016.

6. Lisa confirmed that Vardan Grigoryan's notary commission was not active or valid on June 14, 2018.

7. On June 25, 2018, I emailed Yvonne Estrada, Title Assistant at Servicelink. I sent her a copy of the Deed with the recording stamp and asked her if the Deed was recorded in the County Records.

8. On June 26, 2018 she replied by that the plant date for LA County was June 14, 2018 and the Deed was recorded on June 20, 2018. Therefore she explained that the Deed would not be available to her database for a few more days. *See* **Exhibit "1"** attached hereto.

9. Yvonne Estrada and I exchanged emails on June 29, 2018 and July 2, 2018 regarding the recording of the Deed. The plant date in LA County did not reach June 20, 2018 until July 3, 2018. *See* **Exhibit "2"** attached hereto.

10. On July 3, 2018, Yvonne Estrada searched the county records for the Deed and found that the Deed was not recorded. When she pulled the document number a different document came up, a document that was not the Deed. Yvonne Estrada concluded that the Deed was not in fact recorded. *See* **Exhibit "3"** attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of July, at Irving, Texas.

/s/ Jennifer R Bergh
Jennifer R. Bergh, Declarant

# EXHIBIT "1"

**Jennifer Bergh**

| | |
|---|---|
| **From:** | Estrada, Yvonne <Yvonne.Estrada@svclnk.com> |
| **Sent:** | Tuesday, June 26, 2018 10:25 AM |
| **To:** | Jennifer Bergh; Ortega, Vangie |
| **Cc:** | Kristin Zilberstein |
| **Subject:** | RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista |

Good morning Jennifer,
The plant date for LA county is 6/14/18 and document was filed 6/20/18.
Because the plant date is at 6/14/18, the document didn't show of record, if it was recorded.

*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real   |   Irvine, CA 92602   |   Svclnk.com



**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Monday, June 25, 2018 2:44 PM
**To:** Ortega, Vangie <Vangie.Ortega@svclnk.com>; Estrada, Yvonne <Yvonne.Estrada@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** FW: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Hi Vangie and Yvonne,

Can you please tell us if this document was actually recorded as it says it was?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



1

# EXHIBIT "2"

**Jennifer Bergh**

| | |
|---|---|
| **From:** | Estrada, Yvonne <Yvonne.Estrada@svclnk.com> |
| **Sent:** | Friday, June 29, 2018 1:37 PM |
| **To:** | Jennifer Bergh |
| **Subject:** | RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista |

Hi Jennifer, just wanted to update you. I ran another search and the plant date is at 6/18/18.
I will try again on Monday.


*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Tuesday, June 26, 2018 8:31 AM
**To:** Estrada, Yvonne <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

==IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.==
Ok thank you!  please do!

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

**From:** Estrada, Yvonne [mailto:Yvonne.Estrada@svclnk.com]
**Sent:** Tuesday, June 26, 2018 10:29 AM
**To:** Jennifer Bergh <jbergh@ghidottilaw.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Hi, I can try again at the end of the week.

*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Tuesday, June 26, 2018 8:26 AM
**To:** Estrada, Yvonne <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Do you know when we would be able to confirm if it was or was not recorded?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender

and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Estrada, Yvonne [mailto:Yvonne.Estrada@svclnk.com]
**Sent:** Tuesday, June 26, 2018 10:25 AM
**To:** Jennifer Bergh <jbergh@ghidottilaw.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Good morning Jennifer,
The plant date for LA county is 6/14/18 and document was filed 6/20/18.
Because the plant date is at 6/14/18, the document didn't show of record, if it was recorded.


*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



---

**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Monday, June 25, 2018 2:44 PM
**To:** Ortega, Vangie <Vangie.Ortega@svclnk.com>; Estrada, Yvonne <Yvonne.Estrada@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** FW: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Hi Vangie and Yvonne,

Can you please tell us if this document was actually recorded as it says it was?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com

# EXHIBIT "3"

**Jennifer Bergh**

| | |
|---|---|
| **From:** | Estrada, Yvonne <Yvonne.Estrada@svclnk.com> |
| **Sent:** | Tuesday, July 03, 2018 3:37 PM |
| **To:** | Jennifer Bergh |
| **Cc:** | Kristin Zilberstein |
| **Subject:** | RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista |
| **Attachments:** | FAX_20180622_1529705998_166.pdf |

Hi Jennifer, that Deed of Trust and assignment of rents document is not of record and when I pull the instrument number in LA county, that's not the document that comes up.

*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real   |   Irvine, CA 92602   |   Svclnk.com



**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Tuesday, July 03, 2018 1:22 PM
**To:** Estrada, Yvonne <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Great, is there a different document that is recorded as that number?  Or just no document recorded by that number?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of

1

the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Estrada, Yvonne [mailto:Yvonne.Estrada@svclnk.com]
**Sent:** Tuesday, July 03, 2018 3:17 PM
**To:** Jennifer Bergh <jbergh@ghidottilaw.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Hi Jennifer, it's not showing of record as of plant date 6/21/18.

*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



---

**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Tuesday, July 03, 2018 11:56 AM
**To:** Estrada, Yvonne <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

==IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.==
Hi Yvonne,

Do you have an update?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Jennifer Bergh
**Sent:** Monday, July 02, 2018 1:57 PM
**To:** 'Estrada, Yvonne' <Yvonne.Estrada@svclnk.com>; 'Ortega, Vangie' <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Hi Yvonne,

Anything today?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Jennifer Bergh
**Sent:** Friday, June 29, 2018 9:44 AM
**To:** 'Estrada, Yvonne' <Yvonne.Estrada@svclnk.com>; 'Ortega, Vangie' <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Hi Yvonne,

Is this information available in the public records yet?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Jennifer Bergh
**Sent:** Tuesday, June 26, 2018 10:31 AM
**To:** 'Estrada, Yvonne' <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Ok thank you!  please do!

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied

upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Estrada, Yvonne [mailto:Yvonne.Estrada@svclnk.com]
**Sent:** Tuesday, June 26, 2018 10:29 AM
**To:** Jennifer Bergh <jbergh@ghidottilaw.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Hi, I can try again at the end of the week.


*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |  **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



---

**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Tuesday, June 26, 2018 8:26 AM
**To:** Estrada, Yvonne <Yvonne.Estrada@svclnk.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Do you know when we would be able to confirm if it was or was not recorded?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com



This email, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and / or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. This email was not intended or written to be used, and cannot be used or relied upon, as tax advice or for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

(Member State Bars of CA, NV, and TX)

---

**From:** Estrada, Yvonne [mailto:Yvonne.Estrada@svclnk.com]
**Sent:** Tuesday, June 26, 2018 10:25 AM
**To:** Jennifer Bergh <jbergh@ghidottilaw.com>; Ortega, Vangie <Vangie.Ortega@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** RE: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

Good morning Jennifer,
The plant date for LA county is 6/14/18 and document was filed 6/20/18.
Because the plant date is at 6/14/18, the document didn't show of record, if it was recorded.


*Thank you,*

Yvonne Estrada
*Title Assistant, TSG Department*
**O:** 714.508.3496   |   **M:** 800.323.0165   |   **E:** Yvonne.estrada@svclnk.com
**A:** 3220 El Camino Real  |  Irvine, CA 92602  |  Svclnk.com



---

**From:** Jennifer Bergh [mailto:jbergh@ghidottilaw.com]
**Sent:** Monday, June 25, 2018 2:44 PM
**To:** Ortega, Vangie <Vangie.Ortega@svclnk.com>; Estrada, Yvonne <Yvonne.Estrada@svclnk.com>
**Cc:** Kristin Zilberstein <kzilberstein@ghidottilaw.com>
**Subject:** FW: Banrkuptcy Review of Third Partty Sale -Aran Investments Inc (6564-22010) Kirakosian, Larisa. LNx9380. CONV. TS 17-0321-11. 17966 Valley Vista

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.
Hi Vangie and Yvonne,

Can you please tell us if this document was actually recorded as it says it was?

Thank you,

Jennifer R. Bergh, Esq.
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: jbergh@ghidottilaw.com
www.ghidottilaw.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
DECLARATION OF JENNIFER R.BERGH IN SUPPORT OF RELIEFFROM THE AUTOMATIC STAY;OR FOR ORDER CONFIRMING THAT THE
AUTOMATIC STAYDOES NOT APPLY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 07/05/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor Counsel: Pro Se
Trustee: Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
US Trustee: United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) __07/05/2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Larissa Kirakosian 17966 Valley Vista Encino, CA 91316  (US Mail)
Judge: Honorable Martin R Barash 21041 Burbank Boulevard, Suite 342 Woodland Hills, CA 91367 (US Mail)

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/05/2018 | Krystle Miller | /s/ Krystle Miller |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              **F 9013-3.1.PROOF.SERVICE**